IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA, | 11-CR-283-BR |
|---|---|
| v. | STIPULATED AMENDED ORDER DETERMINING MENTAL INCOMPETENCY OF DEFENDANT UNDER 18 U.S.C. § 4241 AND COMMITMENT TO CUSTODY OF ATTORNEY GENERAL |
| DARRYL JAMES SWANSON, | |
| Defendant. | |

This case came before the court on August 11, 2011, for a hearing to determine the competency of defendant pursuant to 18 U.S.C. § 4241. Defendant was personally present in custody with his attorney, Steven T. Wax. The United States appeared through Assistant United States Attorney Stephen F. Peifer.

The court received the forensic evaluation of defendant dated August 5, 2011, submitted by Dr. Les Goldmann, Ph.D. Based upon Dr. Goldmann's report, and having heard the statements of the parties, the court hereby **FINDS** by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is therefore **ORDERED** that, pursuant to 18 U.S.C. § 4241(d)(1), defendant shall be committed to the custody of the Attorney General for hospitalization and treatment in a suitable facility for such a reasonable period of time, not to exceed four months from the date this

amended order is signed, as is necessary to determine whether there is substantial probability that in the foreseeable future he will obtain the capacity to permit any trial and other proceedings to take place. The excusable delay in signing this amended order was occasioned by the lack of available housing for defendant in a suitable facility.

**IT IS ORDERED** that the Bureau of Prisons shall submit to the court no later than February 1, 2012, a written report on whether there is a substantial probability that in the foreseeable future defendant will obtain the capacity to permit any trial or other proceedings to take place.

**IT IS FURTHER ORDERED** that the U.S. Marshal shall forthwith transport defendant to a suitable facility designated by the Attorney General for hospitalization and treatment in compliance with this order

The court further **FINDS** that any period of delay occasioned by this order shall be considered excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161.

The parties have stipulated to the contents and form of this amended order.

**IT IS SO ORDERED** this 28th day of September 2011.

_____
THE HONORABLE ANNA J. BROWN
United States District Judge

Presented by:

DWIGHT C. HOLTON
United States Attorney
District of Oregon

_____
STEPHEN F. PEIFER, OSB #74252
Assistant United States Attorney

**PAGE 2 - Amended Order Determining Mental Incompetency of Defendant under 18 U.S.C. § 4241 and Commitment to custody of Attorney General**